**Motion Granted and Order filed July 27, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00553-CV

## IN RE STATE FARM LLOYDS

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Trial Court Cause No. 2010-54660**
**11th District Court**
**Harris County, Texas**

# ORDER

On June 26, 2013, relator, State Farm Lloyds, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relator asks this court to order the Honorable Mike D. Miller, Judge of the 11th District Court in Harris County, Texas, to set aside his order dated June 24, 2013, entered in trial court cause number 2010-54660, styled *Ramiro and Veronica Rivera v. State Farm Lloyds v*. Relator claims the trial court abused its discretion in compelling production of irrelevant and burdensome discovery and it has no adequate remedy by appeal.

Relator has also filed a motion for a temporary stay of the trial court's order. *See* Tex. R. App. P. 52.8(b), 52.10. The real parties-in-interest filed a response in opposition to the motion. It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.

We therefore **GRANT** relator's motion and **ORDER** the trial court's June 24, 2013 order in trial court cause number 2010-54660, styled *Ramiro and Veronica Rivera v. State Farm Lloyds,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests the real parties-in-interest, Ramiro and Veronica Rivera, to file a response to the petition for writ of mandamus on or before **July 5, 2013.**

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Frost and Donovan.